IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PRETIA ROZIER
JENNIFER ROZIER,

      Plaintiffs,

v.                                CASE NO. 4:16cv454-RH/CAS

BETTY DAVIS et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8, and the objections, ECF No. 9. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The second amended complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on November 23, 2016.

                                        s/Robert L. Hinkle
                                        United States District Judge